## Montgomery Street Railway Co. v. Mason.

APPEAL from the City Court of Montgomery.

Tried before the Hon. A. D. SAYRE.

C. H. ROQUEMORE and LOMAX, CRUM & WEIL, for appellant.

GEORGE P. HARRISON and FRED S. BALL, for appellee.

This action was brought by the appellee against the appellant, to recover damages for personal injuries alleged to have been sustained by the plaintiff by reason of the defendant's negligence.

From a judgment in favor of the plaintiff the defendant appeals.

The appeal is dismissed by agreement.